# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DIANE COLLINS; AND
DEBORAH PARKER                                                                                          PLAINTIFFS

v.                              CASE NO. 4:10CV00200 BSM

CORRECTIONAL MEDICAL SERVICES                                              DEFENDANT

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice. [Doc. No. 26]. Accordingly, all claims are hereby dismissed with prejudice, and the parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 18th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE